# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2010

139310

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

WILMOT MOORE,
Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139310
COA: 290746
Wayne CC: 92-004271;
92-004272; 92-004273

_____/

On order of the Court, the application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

HATHAWAY, J. (*not participating*). In his application, defendant alleges ineffective assistance of trial counsel. I will not be participating in this case because I have a close personal relationship with defendant's trial counsel and his family.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2010

_____
Clerk

0330